

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00299-CV

**IN RE** Douglas C. **GLENEWINKEL** and Ward A. Glenewinkel, Relator(s)

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: September 29, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On July 26, 2021, relators filed a petition for writ of mandamus and a motion for temporary relief, which this court granted on July 29, 2021. The real parties in interest filed a response to which relators replied. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relators did not show they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 21-0921-CV-E, styled *Douglas C. Glenewinkel and Ward. A. Glenewinkel v. Marvin W. Kraft, Jr., Jeffrey Marvin Kraft and Craig W. Hall*, pending in the 456th District Court, Guadalupe County, Texas, the Honorable Heather H. Wright presiding.